UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              Case No. 03-80502

                                    HON. GEORGE CARAM STEEH

DAVID RODRIGUEZ,

    Defendant.
_____/

## OPINION AND ORDER DENYING MOTION TO SERVE THE REMAINING SENTENCE IN A COMMUNITY CORRECTION CENTER OR HOME CONFINEMENT

Defendant has filed a "Motion for Statement or Recommended Order" seeking a modification of his sentence imposed on August 10, 2005. This court is without jurisdiction to modify its sentence. Accordingly,

Defendant's Motion is DENIED.

                                S/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

Dated: June 15, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on June 15, 2006, by electronic and/or ordinary mail.

                                S/Josephine Chaffee
                                Secretary/Deputy Clerk